IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-41215
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICIA TORRES,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Eastern District of Texas
USDC No. 1:99-CR-44-2

_____

November 20, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Patricia Torres appeals from her conviction for her role in a fraudulent cash checking scheme. Torres argues that there was insufficient evidence to support the jury's finding of guilt because there was no eyewitness or fingerprint evidence linking her directly to the offense. She also argues that the jury impermissibly convicted based on her association with family members who were convicted in the cash checking scheme.

_____

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The jury rationally could have found that the evidence presented at trial established that Torres was involved in the cash checking scheme. See United States v. Hickman, 151 F.3d 446, 454 (5th Cir. 1998). The jury examined fraudulent alien registration cards that were used as identification to cash stolen United States Treasury checks. The jury could have concluded from other photographic evidence and its in-person observations that the person depicted on two of the fraudulent registration cards was Torres. Although familial relationships alone will not support a conviction, the jury could have combined Torres' relationship with other circumstantial evidence, specifically the photographic evidence, to support a conviction. See United States v. Burton, 126 F.3d 666, 670 (5th Cir. 1997). Accordingly, Torres' conviction and sentence are

A F F I R M E D.